Summons and Notice of Status Conference - *Page 2*

**F 7004-1**

| | |
|---|---|
| In re<br><br>Fermin P Canlas <div style="text-align:right">Debtor.</div> | CHAPTER 7<br><br>CASE NUMBER **11-ap-01126-TD** |

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF **Orange**

1. I am employed in the County of **Orange**, State of California. I am over the age of 18 and not a party to the within action. My business address is as follows:
   **17612 Beach Blvd, Ste 8**
   **Huntington Beach, CA 92647**

2. ☒ **Regular Mail Service:** On **01/22/2011**, I served the foregoing Summons and Notice of Status Conference (and any instructions attached thereto), together with the Complaint filed in this proceeding, on the Defendant(s) at the following address(es) by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at **Huntington Beach**, California, addressed as set forth below.
   **Registered Mail Certificate No.** 7010 0780 0000 7946 4821

3. ☐ **Personal Service:** On _____, personal service of the foregoing Summons and Notice of Status Conference (and any instructions attached thereto), together with the Complaint filed in this proceeding, was made on the Defendant(s) at the address(es) set forth below.

4. Defendant(s) and address(es) upon which service was made:
   **Mortgage Electronic Registration System**
   **Attention: Legal Department**
   **1818 Library Street, Suite 300**
   **Reston, VA 20190**

☐ Names and Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: **01/22/2011**

**Denise Honc**
Type Name

Signature

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 7004-1**