

**FILED & ENTERED**

**FEB 11 2011**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY penning   DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Fermin P Canlas,<br><br><br><br><br>Debtor,<br>Fermin P Canlas<br><br>Plaintiff,<br><br>Vs.<br><br>U.S. Bank National Association, et al,<br><br>Defendants. | Case No.: 2:10-bk-55468-TD<br><br>Adversary No.: 2:11-ap-01126-TD<br><br>Chapter: 7<br><br>ORDER DENYING DEBTOR'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION. |

Having considered *Debtor's Ex Parte Application for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction,*

**IT IS HEREBY ORDERED** that Debtor's motion is denied.

**IT IS SO ORDERED.**

DATED: February 11, 2011

_____
United States Bankruptcy Judge

- 1 -

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER DENYING DEBTOR'S EX PART APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**  was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **2/7/11**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Howard M Ehrenberg (TR)
ehrenbergtrustee@sulmeyerlaw.com, ca25@ecfcbis.com;hmehrenberg@ecf.epiqsystems.com

Gary L Harre on behalf of Plaintiff Fermin Canlas
ghcmecf@gmail.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

<u>Debtor</u>
Fermin P Canlas
212 Gladys Ave
Monterey Park, CA 91755

<u>Debtor's Attorney</u>
Gary L Harre
Global Capital Law PC
17111 Beach Blvd Ste 100
Huntington Beach, CA 92647

U.S. Bank National Association
c/O Kristin A Strong
Registered Agent
350 Robert St. N. Ste. 495
Saint Paul, MN 55101

Aztec Foreclosure Corporation
c/o CT Corporation System
818 West 7th Street
Los Angeles, CA 90017

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010* **F 9021-1.1.NOTICE.ENTERED.ORDER**

GreenPoint Mortgage
c/o Corporation Service Company
Registered Agent
1201 Hays St.
Tallahassee, FL 32301

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010* **F 9021-1.1.NOTICE.ENTERED.ORDER**