| | |
|---|---|
| 1 | Global Capital Law, P.C. |
| | Gary Harre, CBN# 86938 |
| 2 | Diane Beall, CBN# 86877 |
| | 8700 Warner Ave, Ste 200 |
| 3 | Fountain Valley, CA 92708 |
| | Telephone: (714) 907-4182 |
| 4 | Email: ghcmecf@gmail.com |
| 5 | Attorney for Plaintiff, FERMIN CANLAS |

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re | **Chapter 7** |
| FERMIN CANLAS, | **Case No.  2:10-bk-55468-TD** |
| Debtor | **ADV. NO. 2:11-ap-01126-TD** |
| FERMIN CANLAS, an Individual | |
| Plaintiff, | |
| -vs.- | |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF MAIDEN LANE ASSET-BACKED SECURITIES I TRUST 2008-1, WITHOUT RECOURSE SUCCESSOR LENDER BY MESNE TRANSFER FROM MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR GREENPOINT MORTGAGE FUNDING, INC., A NEW YORK CORPORATION; AZTEC FORECLOSURE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS); and all persons claiming by, through, or under such person, all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title thereto; and DOES 1-100, Inclusive; | **OBJECTION TO DECLARATION OF NON-MONETARY STATUS OF DEFENDANT AZTEC FORECLOSURE CORPORATION**<br><br>**[Civil Code § 2924 (l)(c)**<br><br>**Honorable Thomas B. Donovan**<br><br>255 E. Temple Street, Suite 1352<br>Courtroom 1345<br>Los Angeles, CA 90012 |
| Defendants. | |

1   TO: the Honorable Thomas B. Donovan; AZTEC FORECLOSURE CORPORATION
2   and all other interested parties and to their Attorneys of Record.
3       You are hereby notified that Plaintiff FERMIN CANLAS, through his
4   Counsel, does Object to the filing of Non-Monetary Status by Aztec Foreclosure
5   Corporation as required by California Civil Code § 2924 (l)(c).
6       *The parties who have appeared in the action or proceeding shall
7       have 15 days from the service of the declaration by the trustee in
8       which to object to the nonmonetary judgment status of the trustee.
9       Any objection shall set forth the factual basis on which the objection
10      is based and shall be served on the trustee.*
11      Plaintiff has reason to believe that Aztec Foreclosure Corporation
12  (hereinafter "Aztec") participated in wrongful acts or omissions based on a
13  capacity outside of its alleged Substituted Trustee duties which are not privileged
14  according Civil Codes §§47 and 2924(d).
15      Plaintiff is informed and believes and therefore alleges that on February 6,
16  2009, Aztec caused to be filed a Notice of Default and Election to Sell under Deed
17  of Trust (hereinafter "Notice").  Los Angeles County Recorded Document No. 09-
18  166599.  This document states that there was compliance with California Civil
19  Code §2923.5.  In the Declaration attached to the Notice, filed by Aztec, as agent
20  for the beneficiary [by LPS Default Title and Closing, its agent], such document
21  lists the Trustee to be Aztec Foreclosure.  The Declaration is untrue.  Such filing
22  was done without proper substitution from the original Trustee, Marin Conveying
23  Corporation (Los Angeles County Recorded Document No. 07-1868558).
24      Plaintiff is informed and believes and therefore alleges that on or about
25  May 15, 2009, Mortgage Electronic Registration Systems Inc. (hereinafter
26  "MERS") as a nominee for EMC Mortgage Corporation, [who is not the party to
27  that subject transaction], recorded a Substitution of Trustee, to purportedly
28

Sidebar: GLOBAL CAPITAL LAW, P.C.
GARY HARRE, ESQ. (BAR NO. 86938)
8700 WARNER AVE., STE 200
FOUNTAIN VALLEY, CA 92708
TELEPHONE: (714) 907-4182

- 2 -
OBJECTION TO DECLARATION OF NON-MONETARY STATUS OF DEFENDANT AZTEC FORECLOSURE CORPORATION

substitute Aztec Foreclosure Corporation as Trustee of the Plaintiff's subject property's Deed of Trust (Los Angeles County Recorded Document No. 09-0723180). There are issues and facts that make this transaction at issue, including this Defendant's role and knowledge.

Furthermore, on or about June 8, 2010, Aztec, with the purported power of sale, recorded without right of title, a Notice of Trustee Sale (Los Angeles County Recorded Document No. 09-507950). Then, on or about October 25, 2010, an Assignment of Deed of Trust (Los Angeles County Recorded Document No. 10-1521738) was filed whereby all parties try to create evidence of a proper chain of title and collectively correct all defects of title and assign to U. S. Bank N. A., as Trustee of Maiden Lane Asset-Backed Securities 1 Trust 2008-1.[1]

DATED: 2/23/2011               Respectfully Submitted;

_____
GARY HARRE, ESQ. (BAR NO. 86938)
DIANE BEALL, ESQ. (BAR NO. 86877)
Attorneys for Plaintiff, FERMIN CANLAS

---

[1] **Maiden Lane LLC** is the first holding company bearing the name that was created when JPMorgan Chase took over Bear Stearns in early 2008. It holds an asset portfolio that JPMorgan found too risky to assume in whole, and consequently the Federal Reserve Bank of New York extended a $30 billion credit line to the limited liability company to facilitate the unwinding of these assets over time. *Bloomberg*, citing Bank of America analysts, reported on October 2, 2008, that the Federal Reserve might stand to lose $2 to $6 billion on the asset portfolio. An October 7, 2010 update to the Federal Reserve balance sheet, as of October 6, 2010, reported the fair market value of net portfolio holdings were valued at $28.478 billion. The Maiden Lane name has been used for a series of bailouts, including Maiden Lane II LLC and Maiden Lane III LLC. Maiden Lane was organized as Delaware Limited Liability Company on April 29, 2008, and registered to do business as a foreign limited liability company in the state of New York on June 26, 2008. The registered agent of Maiden Lane LLC is the CT Corporation.

- 3 -
OBJECTION TO DECLARATION OF NON-MONETARY STATUS OF DEFENDANT AZTEC FORECLOSURE CORPORATION