| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Global Capital Law, PC<br>Gary Harre, CBN# 86938<br>Diane Beall, CBN# 86877<br>8700 Warner Ave., Ste 200<br>Fountain Valley, CA 92708<br>Telephone: (714) 907-4182<br>Facsimile: (714) 907-4175<br>Email: GlobalCapitalLaw@Gmail.Com<br><br>☑ Attorney for Plaintiff(s)<br>☐ Plaintiff(s) appearing without attorney | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - Los Angeles  DIVISION**

| In re:<br><br>FERMIN CANLAS<br><br>Debtor(s). | CASE NO.: 2:10-bk-55468-TD<br><br>CHAPTER: 7<br><br>ADVERSARY NO.: 2:11-ap-01126-TD |
|---|---|
| Plaintiff(s),<br>vs.<br>(SEE ATTACHED)<br><br>Defendant(s). | **REQUEST FOR CLERK TO ENTER DEFAULT UNDER LBR 7055-1(a)**<br><br>[No Hearing Required] |

TO THE DEFENDANT, DEFENDANT'S ATTORNEY AND OTHER INTERESTED PARTIES:

1. Name of Defendant against whom default is sought (*specify name*): Mortgage Electronic Registration Systems, Inc., (MERS)
2. Plaintiff filed the Complaint in this adversary proceeding on (*specify date*): 1/14/11
3. The Summons and Complaint were served on Defendant by ☐ Personal Service  ☑ Mail Service on the following date (*specify date*): 1/22/11
4. A conformed copy of the executed service of Summons form is attached hereto.
5. The time for filing an Answer or other responsive pleading expired on (*specify date*): 2/22/11
6. No Answer or other responsive pleading has been filed or served by Defendant.

WHEREFORE, Plaintiff requests that the clerk of the court enter a default against this Defendant.

Dated: 3/8/11

By: _____

Type Name: Gary Harre
Plaintiff or Attorney for Plaintiff

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010    Page 1    F 7055-1.1.REQ.ENTER.DEFAULT

## Request for Clerk to Enter Default Under LBR 7055-1(a)

### Attachment Page

Defendants:

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF MAIDEN LANE ASSET-BACKED SECURITIES I TRUST 2008-1, WITHOUT RECOURSE SUCCESSOR LENDER BY MESNE TRANSFER FROM MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR GREENPOINT MORTGAGE FUNDING, INC., A NEW YORK CORPORATION; AZTEC FORECLOSURE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,INC.(MERS); and all persons claiming by, through, or under such person, all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title thereto; and DOES 1-100, Inclusive;