# United States Bankruptcy Court
# Central District Of California

**255 East Temple Street, Los Angeles, CA 90012**

| In re:<br>Fermin P Canlas and Aztec Foreclosure Corporation<br><br>Debtor(s). | BANKRUPTCY CASE NO.:  2:10–bk–55468–TD |
|---|---|
| | CHAPTER NO.:  7 |
| Fermin P Canlas<br><br>Plaintiff(s).<br>vs.<br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF MAIDEN LANE ASSET–BACKED SECURITIES I TRUST 2008–1, WITHOUT RECOURSE SUCCESSOR LENDER BY MESNE TRANSFER FROM MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC<br><br>Defendant(s). | ADVERSARY NO.:  2:11–ap–01126–TD |

## NOTICE THAT CLERK HAS ENTERED DEFAULT AGAINST DEFENDANT(S) UNDER LOCAL BANKRUPTCY RULE 7055–1(a)

On 3/14/11, a request was filed for the clerk to enter default against defendant(s) **Mortgage Electronic Registration Systems, Inc (MERS)**.

Having reviewed the request, the clerk hereby enters default as requested.

For the Court,

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

Dated: March 17, 2011

**By: Nancy Vandensteen**
   **Deputy Clerk**