| Attorney or Party Name, Address, Telephone & FAX Numbers and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| GARY HARRE, ESQ. (BAR NO. 86938)<br>GLOBAL CAPITAL LAW<br>8700 Warner Avenue., Suite 200<br>Fountain Valley, CA 92708<br>TELEPHONE: (714) 907-4182<br>FACSIMILES: (714) 807-4175<br>EMAIL: GHCMECF@GMAILCOM<br><br>*Attorney for* Debtor: Canlas, Fermin P | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re:

  Canlas, Fermin P

                                                                Debtor(s).

| Canlas, Fermin P<br><br>                                    Plaintiff(s).<br><br>vs.<br>US Bank National Association, as Trustee et al.<br><br>                                    Defendant(s). | CHAPTER: 7<br>CASE NO.: 2:10-BK-55468-TD<br><br>ADVERSARY NO.: 2:11-AP-01126-TD<br><br>DATE: 4/6/11<br>TIME: 11:00am<br>PLACE: 3420 Twelfth Street, Riverside, CA |

## JOINT STATUS REPORT
## LOCAL BANKRUPTCY RULE 7016-1(a)(2)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The parties submit the following JOINT STATUS REPORT in accordance with Local Bankruptcy Rule 7016-1(a)(2):

**A.   PLEADINGS/SERVICE:**

1. Have all parties been served?  ☒ Yes  ☐ No

2. Have all parties filed and served answers to the complaint/counter-complaints/etc.?  ☐ Yes  ☒ No

3. Have all motions addressed to the pleadings been resolved?  ☐ Yes  ☒ No

4. Have counsel met and conferred in compliance with Local Bankruptcy Rule 7026-1?  ☒ Yes  ☐ No

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," then please explain below *(or on attached page)*:
   US Bank moved for dismissal under FRCP12(b) which is set to be heard on April 7, 2011. Aztec status as Non-Monetary Status is being objected to. Request for Entry of Default against MERS is pending.

*(Continued on next page)*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                           F 7016-1.1

| In re | | CHAPTER: 7 |
|---|---|---|
| Canlas, Fermin P | | CASE NO.: 2:10-BK-55468-TD |
| | Debtor(s). | ADVERSARY NO.: 2:11-AP-01126-TD |

B. **READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

   **Plaintiff**
   January, 2012

   **Defendant**
   Depends on outcome of motion to dismiss set to be heard April 7, 2011.

2. If your answer to the above is more than four (4) months after the summons issued in this case, give reasons for further delay.

   **Plaintiff**
   Discovery has not been conducted.

   **Defendant**
   Depends on outcome of motion to dismiss set to be heard April 7, 2011.

3. When do you expect to complete your discovery efforts?

   **Plaintiff**
   After resolution of pending Motion set to be heard in April, 2011.

   **Defendant**
   Depends on outcome of motion to dismiss set to be heard April 7, 2011.

4. What additional discovery do you require to prepare for trial?

   **Plaintiff**
   Depositions, Interrogatories

   **Defendant**
   Unknown, depends on out come of motion to dismiss set to be heard April 7, 2011.

C. **TRIAL TIME:**

1. What is your estimate of the time required to present your side of the case at trial (including rebuttal stage if applicable)?

   **Plaintiff**
   3-5 days

   **Defendant**
   Unknown pending motion to dismiss

2. How many witnesses do you intend to call at trial (including opposing parties)?

   **Plaintiff**
   Estimated 10

   **Defendant**
   Unknown pending motion to dismiss

3. How many exhibits do you anticipate using at trial?

   **Plaintiff**
   Estimated 20

   **Defendant**
   Unknown pending motion to dismiss

*(Continued on next page)*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 7016-1.1

| In re | CHAPTER: 7 |
|---|---|
| Canlas, Fermin P | CASE NO.: 2:10-BK-55468-TD |
| Debtor(s). | ADVERSARY NO.: 2:11-AP-01126-TD |

**D. PRE-TRIAL CONFERENCE:**

A pre-trial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See Local Bankruptcy Rule 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

Plaintiff

Pre-trial conference _X_ (is)/ ___ (is not) requested.
Reasons: to discuss possible motions in limine

Defendant

Pre-trial conference _X_ (is)/ ___ (is not) requested.
Reasons: If motion to dismiss is not granted settlement or mediation may be discussed between the parties and the pre-trial conference will allow disclosure regarding said efforts.

Plaintiff

Pre-trial conference should be set after:
(date) 09/01/11

Defendant

Pre-trial conference should be set after:
(date) 09/01/11

**E. SETTLEMENT:**

1. What is the status of settlement efforts?
   None have taken place.

2. Has this dispute been formally mediated?  ☐ Yes  ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

   Plaintiff
   ☐ Yes  ☒ No

   Defendant
   ☐ Yes  ☒ No

(Continued on next page)

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 7016-1.1

F 7016-1.1

| In re | CHAPTER: 7 |
|---|---|
| Canlas, Fermin P | CASE NO.: 2:10-BK-55468-TD |
| Debtor(s). | ADVERSARY NO.: 2:11-AP-01126-TD |

**F.    ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary.)*

Respectfully submitted,

Dated: March 24, 2011                                          Dated: 03/16/11

Global Capital Law                                             Wright, Finlay & Zak, LLP
*Firm Name*                                                    *Firm Name*

By: [signature]                                                By: /s/ Nichole L. Glowin

Name: Gary Harre                                               Name: Nichole L. Glowin

Attorney for:  Fermin P canlas                                 Attorney for:  Defendant, U.S. Bank National
                                                                              Association, as Trustee et.al.

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                F 7016-1.1

Joint Status Report - Page 5

F 7016-1.1

| In re | CHAPTER: 7 |
|---|---|
| Canlas, Fermin P | CASE NO.: 2:10-BK-55468-TD |
| Debtor(s). | ADVERSARY NO.: 2:11-AP-01126-TD |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

8700 Warner Avenue, Suite 200
Fountain Valley, CA 92708

A true and correct copy of the foregoing document described as Joint Status Report will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 3/24/11 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

* Howard M Ehrenberg (TR)   ehrenbergtrustee@sulmeyerlaw.com, ca25@ecfcbis.com;hmehrenberg@ecf.epiqsystems.com
* Nichole Glowin   nglowin@wrightlegal.net, bkgroup@wrightlegal.net
* Gary L Harre   ghcmecf@gmail.com
* United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 3/24/11 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Fermin P Canlas
212 Gladys Avenye
Monterey Park, CA 91755

Hon Thomas B. Donovan
255 E. Temple Street, Suite 1352
Los Angeles, CA 90012

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 3/24/11 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.
Nichole Glowin / Atty for US Bank
Wright, Finlay & Zak, LLP
via fax: 949-477-9200

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/24/11 | Julie Magana | /s/ Julie Magana |
|---|---|---|
| Date | Type Name | Signature |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 7016-1.1